WRIT NO. WR-25,516-05   25,516-05
Tr. Ct. No. W03-55398-W(D)

Clerk Abel Acosta
Court of Crim App.
Austin, Texas 78711

This document contains some pages that are of poor quality at the time of imaging.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 26 2015

Abel Acosta, Clerk

RE: Motion To Grant Relief

MOTION DENIED
DATE: 3-26-15
BY: P.C.

Dear Sir or Madam,

Enclosed please find Applicant's original Motion in the above styled-numbered cause to be presented to the Court.

Thank you for your attention in this matter.

Sincerely,
Michael H. Hill
TDCJ-CID #1302155
Segovia Unit
1201 E. El Cibolo Rd.
Edinburg, TX. 78542

WRIT NO. WR-25,516-05

| | | |
|---|---|---|
| EX PARTE | § | IN THE 363RD JUDICIAL |
| HILL | § | DISTRICT COURT |
| MICHEAL ANTHONY | § | DALLAS COUNTY, TEXAS |

## MOTION TO GRANT RELIEF

COMES NOW Micheal Anthony Hill, applicant herein files this motion to grant the relief requested in his Application for Writ of Habeas Corpus in the above-styled and numbered Writ and will show the Court the following reasons why:

### I

The signature adopting the order is not the authentic signature of the presiding Judge.

### II

Applicant was denied his right to appeal the denial of his Application for Writ of Habeas Corpus

# I

The State denied applicant the right to have his Application for Writ of Habeas Corpus examined by the trial court Judge when the State tampered with governmental records and forged the presiding Judge signature. Texas Penal Code Ann § 37.10 (a)(3,5) see attachment 1 and 2

The signature adopting the States Proposed findings of Facts, Conclusions of Law and Order on 02-16-2015 is <u>not</u> the true authentic signature of the Honorable Judge Tracy Holmes of the 363RD Judicial District Court of Dallas County, Texas. The Judges signature of attachment 1 is a Completely different signature than the One in attachment 2.

The State forged the presiding Judges signature in an attempt to evade the opperation of applicant's Application for Writ of Habeas Corpus and to have it denied by this Court. see Code of Crim Proc. Art 11.61; art 11.34, and 11.35

# II

The actions of the State prevented

applicant from his right to appeal the denial of his Application For Writ of Habeas Corpus. See Code Crim Proc. art 44.02

The State responded to applicants 11.07 Writ and denied it on the exact same day. (See attachment 2) The State deliberately delayed placing the order in the mail system for ten (10) days. (See attachment 3, slip No 3) The order did not arrive at the Segovia Unit until 03-02-2015 and was not received by applicant until the following day.

Applicant filed and placed his appeal in the mail system on 03-06-2015 which was clearly too late because this Court had already received his Application For Writ of Habeas Corpus on 03-02-2015. (See attachment 4)

Applicant was clearly given no opportunity to appeal the denial of his Art. 11.07 Writ. Art. 44.02; EX Parte Benavides WL-28 46732 (Cr. App 2006)

## CONCLUSIONS

Applicant is an administrative parole rule violator returned to TDCJ-CID

without a new conviction. The parole board erroneously justified the two required statutes and denied applicants release to mandatory supervision.

Applicant has been erroneously denied access to the trial court by the state. He has a Constitutional right to be free from arbitrary and capricious state actions which the federal courts procedural due process precedents eschew. See Johnson V Rodreguez, 110 F3d 299, 308 (5th Cir 1997); Irving V Thigpen, 732 F2d 1215, 1218 (5th Cir 1984)

## PRAYER

Applicant was denied a meaningful opportunity to present his claims to the Court. He Humbly ask the Honorable Court to grant this motion for relief and release him on mandatory supervision.

Signed this the 23rd day of March 2015

Respectfully submitted
Micheal A Will
TDCJ CID# 1302155
Segovia Unit
1201 E. El Cibolo Rd
Edinburg, TX. 78542

4 of 5

# INMATE DECLARATION

I, Micheal Anthony Hill, am the applicant and being presently incarcerated in TDCJ-CID declare under penalty of purjery that according to my belief, the facts stated in the above motion are true and correct.

Signed this the 23rd day of March 2015

Micheal A Hill

# ATTACHMENT I

Writ No. WO3-55398-W(C)
C.C.P. No. WR-25,516-04

Filed on 11-17-2015
about Good-Time Credits

SCANNED

FILED

2014 NOV 20 PM 4:03

DISTRICT CLERK
DALLAS CO. TEXAS
DEPUTY

WRIT NO. W03-55398-W(C)

| | | |
|---|---|---|
| EX PARTE | § | IN THE 363RD JUDCIAL |
| | § | DISTRICT COURT |
| MICHAEL ANTHONY HILL | § | DALLAS COUNTY, TEXAS |

## STATE'S PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER

Having considered the applicant's Application for Writ of Habeas Corpus, the State's Response, and official court records in the challenged conviction, the Court finds there are no controverted, previously unresolved facts material to the legality of the applicant's confinement. The Court adopts as Findings of Fact the history of the case as set forth in the State's Response and further makes the following findings of fact:

1. The Court finds that applicant's complaint about the TDCJ's calculation of his good-time and work-time credits are not cognizable on a writ of habeas corpus. *See Ex parte Palomo*, 759 S.W.2d 671, 671 (Tex. Crim. App. 1988).

2. The Court recommends that applicant's Application for Writ of Habeas Corpus be denied.

## ORDERS OF THE COURT

In implementing the Court's Findings of Fact and Conclusions of Law, the CLERK IS ORDERED to do the following:

ORIGINAL

1

1. Prepare a transcript of all papers in this cause and transmit the Court's Findings and Order, including the judgment and indictment, docket sheets, and other exhibits and evidentiary matter filed in the trial records of this cause to the Court of Criminal Appeals as provided by article 11.07 of the Texas Code of Criminal Procedure.

2. Send a signed copy of these Findings of Fact, Conclusions of Law, and Order to Grace Shin, counsel for the State, and to applicant and his counsel, if any, by depositing same in the U.S. mail.

By the following signature, the Court adopts the State's Proposed Findings of Fact, Conclusions of Law, and Order.

SIGNED this _____ day of _____, 2014.

_____
**JUDGE PRESIDING**

_Authentic signature_

2

# ATTACHMENT II

Tr. Ct. No. W03-55398 (D)

C.C.P No. WR-25,516-05

Filed on 02-04-2015

about _mandatory_ _supervision_



WRIT NO. W03-55398-W(D)

| | | |
|---|---|---|
| EX PARTE | § | IN THE 363RD JUDICIAL |
| | § | DISTRICT COURT |
| MICHAEL ANTHONY HILL | § | DALLAS COUNTY, TEXAS |

### STATE'S PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER

Having considered the applicant's Application for Writ of Habeas Corpus, the State's Response, and official court records in the challenged conviction, the Court finds there are no controverted, previously unresolved facts material to the legality of the applicant's confinement. The Court adopts as Findings of Fact the history of the case as set forth in the State's Response and further makes the following findings of fact:

1. The Court has reviewed applicant's complaints about the parole board's decision to deny his release to mandatory supervision.

2. The parole board has the discretionary authority to decide whether an eligible inmate will be released to mandatory supervision if it makes certain findings. *See* Tex. Gov't Code Ann. § 508.149(b) (West Supp. 2014). The parole board's determination under section 508.149(b) is not subject to judicial review. *See* Tex. Gov't Code Ann. § 508.149(d) (West Supp. 2014); *Ex parte Hill*, 208 S.W.3d 462, 464 (Tex. Crim. App. 2006).

ORIGINAL

3. The Court finds it has no authority to review the parole board's decision to deny applicant's release to mandatory supervision.

4. The Court finds that applicant's Application for Writ of Habeas Corpus is without merit and recommends that relief be denied.

## ORDERS OF THE COURT

In implementing the Court's Findings of Fact and Conclusions of Law, the CLERK IS ORDERED to:

1. Prepare a transcript of all papers in this cause and transmit the Court's Findings and Order, including the judgment and indictment, docket sheets, and other exhibits and evidentiary matter filed in the trial records of this cause to the Court of Criminal Appeals as provided by article 11.07 of the Texas Code of Criminal Procedure.

2. Send a signed copy of these Findings of Fact, Conclusions of Law, and Order to Grace E. Shin, counsel for the State, and to applicant and his counsel, if any, by depositing same in the U.S. mail.

By the following signature, the Court adopts the State's Proposed Findings of

Fact, Conclusions of Law, and Order.

SIGNED this _____16_____ day of _____, 2015.

_____
JUDGE PRESIDING

Forged Signature

# ATTACHMENT III

Mailroom Slips
Legal mail arrived
and picked up dates

**① 11.07 Rec. Notice** D2-56

## NOTIFICATION TO COME BY MAIL ROOM

_____EN_____ UNIT

Inmate Name Hill, Michael Date 2-17-15

Inmate No. 1302155

The above named inmate is required to come to the mail room
2-18-15   2:00 p.m.
(Date and Time)

regarding the following matter:

____ Questionable Correspondence
____ Questionable Publication
____ Package
✓ Legal, Special, or Media Correspondence
____ Other

Inmate's Signature _Michael Hill_ Date 2-17-15

Notifying
Officer's Signature _____

Original—Return to unit mail room.
Copy—Give completed copy to inmate.                  ☆I-152

---

**② State Response**

## NOTIFICATION TO COME BY MAIL ROOM

_____EN_____ UNIT

Inmate Name Hill, Michael Date 2-20-15

Inmate No. 1302155

The above named inmate is required to come to the mail room
2-23-15   2:00 pm
(Date and Time)

regarding the following matter:

____ Questionable Correspondence
____ Questionable Publication
____ Package
_AXA_ Legal, Special, or Media Correspondence
____ Other

Inmate's Signature _Michael Hill_ Date 2-28-15

Notifying
Officer's Signature _DW_

Original—Return to unit mail room.
Copy—Give completed copy to inmate.                  ☆I-152

---

**③ Judge Signature**

## NOTIFICATION TO COME BY MAIL ROOM

_____EN_____ UNIT

Inmate Name Hill Michael Date 3-2-15

Inmate No. 1302155

The above named inmate is required to come to the mail room
3-3-15   2:00 pm
(Date and Time)

regarding the following matter:

____ Questionable Correspondence
____ Questionable Publication
____ Package
_xx_ Legal, Special, or Media Correspondence
____ Other

Inmate's Signature _Michael Hill_ Date 3-2-15

Notifying
Officer's Signature _____

Original—Return to unit mail room.
Copy—Give completed copy to inmate.                  ☆I-152

---

**④ White Card C.C.P**

## NOTIFICATION TO COME BY MAIL ROOM

_____EN-078_____ UNIT

Inmate Name Hill, Michael Date 3-13-15

Inmate No. 1302155

The above named inmate is required to come to the mail room
3-13-15
(Date and Time)

regarding the following matter:

____ Questionable Correspondence
____ Questionable Publication
____ Package
✓ Legal, Special, or Media Correspondence
____ Other

Inmate's Signature _Michael Hill_ Date ____

Notifying
Officer's Signature _____

Original—Return to unit mail room.
Copy—Give completed copy to inmate.                  ☆I-152

# ATTACHMENT IV
## Notice from C.C.P.

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

$ 00.26⁵
0006557458    MAR 11 2015

3/2/2015

HILL, MICHAEL ANTHONY   Tr. Ct. No. W03-55398-W (D)   WR-25,516-05
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

MICHAEL ANTHONY HILL
SEGOVIA UNIT - TDC # 1302155
1201 E. CIBOLO RD.
EDINBURG, TX 78539

IEBN3B 78542